No. 04–8082. ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8083. BOLDT *v.* NEWTON. Ct. App. Ore. Certiorari denied.

No. 04–8090. DIXON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8092. CLAY *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–8097. RUSS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8099. SANDLES *v.* SCIBANA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–8101. PEREA *v.* BUSH, PRESIDENT OF THE UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8104. VIVAR-ACOSTA, AKA VIVAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8106. JACOBS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8110. HASSON, AKA GALERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8111. KEYS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8113. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8115. VILLA TELLEZ, AKA VILLANUEVA-GARCIA, AKA VILLA-TELLES, AKA VILLA-TELLAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8118. LASHLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–8119. GUTIERREZ-GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.